UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA,

        - against -                                  **MEMORANDUM & ORDER**

SERGIO JADUE,                                        15 CR 570 (RJD)

               Defendant.
------------------------------------------------------- x

DEARIE, District Judge

      The Court grants in part the motion of Mónica González Mujica, Director of CIPER, the Chilean Center for Investigative Reporting, to unseal certain documents in the above-captioned case. The Court approves the government's proposed redactions to the pleading transcript and directs public filing of the redacted transcript of the November 23, 2015 proceeding. Regarding the balance of CIPER's application, the Court has applied the standards set out in United States v. Alcantara, 396 F.3d 189 (2d Cir. 2005), and concludes that the temporary sealing of the materials sought is justified and that there are no reasonable alternatives available to protect legitimate government interests and concerns. The government is once again reminded that the relief granted is for the most part temporary and that the government is under a continuing obligation to advise the Court when circumstances change that might affect the Court's analysis.
SO ORDERED.

Dated: Brooklyn, New York
       June 1, 2016

                                                    s/ RJD

                                        _____
                                        RAYMOND J. DEARIE
                                        United States District Judge